**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:03cr127**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | **O R D E R** |
| **JEREMIAH CHAMBERS.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Extension of Time [Doc.144], filed April 14, 2008, seeking an additional fourteen (14) days within which to respond to the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) [Doc.141], filed March 25, 2008.

The Probation Office has filed a Supplement to the Presentence Report pursuant to Crack Cocaine Guideline Amendment [Doc. 142], filed April 11, 2008. The Probation Office has determined therein that this Defendant does not appear to be eligible for imminent release. The fourteen (14) day extension will therefore be granted.

**IT IS THEREFORE ORDERED**, that the Government's Motion for Extension of Time [Doc.144] is **GRANTED**, in that the Government is allowed through and including April 29, 2008, within which to respond to the Defendant's Motion for Reduction of Sentence in this matter.

Signed: April 15, 2008

Martin Reidinger
United States District Judge